EOD
01/21/2022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| HWY 24 LUMBER & FEED, INC | § | Case no.20-42468-11 |
|     DEBTOR | § | |

## **FINAL DECREE**

The Court having determined previously that there is no impediment to the entry of a Final Decree in this case; the Court finds that the estate of the above named debtor is being administered, and pursuant to Bankruptcy Rule 3022, it is

ORDERED that the chapter 11 case of the above named debtor is closed.

Signed on 1/21/2022

*Brenda T. Rhoades*  YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE